IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| ) | Case No. 09-11475 (BLS) |
| PITT PENN HOLDING CO., INC., *et al.*[1], ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: January 20, 2011 @ 1:00 pm |
| Debtors. ) | Objection Deadline: January 13, 2011 at 4:00 pm |
| ) | |

## MOTION (SECOND) OF DEBTORS FOR APPROVAL OF EXTENSION OF DIP FINANCING AGREEMENT WITH OMTAMMOT II, LP

The above-captioned debtors and debtors-in-possession ("Debtors") move this Court for the entry of a further Order authorizing Debtors to extend the term of their post-petition financing facility, and in support thereof, state as follows:

1. On April 30, 2009 through May 6, 2009 ("Filing Dates"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et. seq.* (the "Bankruptcy Code") with this Court. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors remain in possession of their properties and are operating as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. No statutory committee has been appointed to date by the Office of the United States Trustee in these cases.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Sections 105(a) and 363 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure.

---

[1] The debtors are: Pitt Penn Holding Co. (Case No. 09-11475), Pitt Penn Oil Co. LLC (Case No. 09-11476), Industrial Enterprises of America, Inc. (Case No. 09-11508), EMC Packaging, Inc. (Case No. 09-11524), Today's Way Manufacturing LLC (Case No. 09-11586), and Unifide Industries LLC (Case No. 09-11587), all of which have been jointly administered.

4. Debtors and Sovereign Bank were parties to a certain prepetition Loan and Security Agreement (the "Pre-Petition Loan Agreement"). By virtue of the Pre-Petition Loan Agreement, Sovereign asserted a security interest in certain of the Debtors' assets.

5. Subsequently, Sovereign Bank assigned the Pre-petition Loan Agreement to Omtammot, LLC ("Lender I").

6. Debtors are also party to a certain post-bankruptcy loan agreement dated as of May 26, 2009 (the "Post-petition Loan Agreement") with Lender I.

7. In conjunction with the Debtors' motions for use of cash collateral and to approve debtor-in-possession financing with Lender I, this Court has entered the following Orders:

    a. Order (INTERIM) Granting the Motion of Debtors and Debtor's-in-Possession for Emergency Interim and Permanent Use of Cash Collateral dated June 4, 2009 (D.I. 75) (the "Interim Cash Collateral Order").

    b. Order (Interim) Granting the Motion of Debtors for Preliminary and Thereafter Final Approval of a Financing Agreement with Omtammot, LLC for Post-Petition Financing dated June 4, 2009 (D.I. 76) (the "Interim DIP Order").

    c. Order Granting Motion of Debtors and Debtors-in-Possession for Emergency Interim and Permanent Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 4001 on a Final Basis dated August 11, 2009 (D.I. 166) (the "Final Cash Collateral Order").

    d. Order (Final) Granting Motion of Debtors for Preliminary and Thereafter Final Approval of a Financing Agreement with Omtammot LLC for Post-Petition Financing (D.I. 192) (the "Final DIP Order").

    e. Order Granting the Motion of Debtors and Debtors-in-Possession for Continued Use of Cash Collateral and DIP Financing Pursuant to 11 U.S.C. §§ 363 and 364 and Fed. R. Bankr. P. 4001 (D.I. 219) (the "Amended DIP Order").

    f. Order Granting the Motion of Debtors and Debtors-in-Possession to Amend Orders Approving DIP Financing and Authorizing Use of Cash Collateral (D.I. 220) ("DIP Amendment Order").

8. Lender I is a general partner of Omtammot II, LP ("Lender II"). Lender II has agreed to lend to the Debtors not less than $500,000, nor more than $1,500,000, under the terms and conditions of a financing agreement (the "Financing Agreement"). The Financing Agreement was attached to the Debtors' motion to approve the Financing Agreement (D.I. 322, the "Lender II Financing Motion"). Debtors incorporate the allegations and statements in the Lender II Financing Motion as if set forth in full.

9. By Order dated February 16, 2010, this Court authorized Debtors to enter into the Financing Agreement with Lender II (the "Lender II DIP Order", D.I. 347) under which Lender committed to advance up to $1.5 million to Debtors.

10. By Order dated November 2, 2010 (D.I. 580), this Court authorized the continued use of the facility with Lender II through January 31, 2011.

11. By this Motion, Debtors seek a further extension of their use of the facility under the Financing Agreement through July31, 2011 in accordance with the budget (the "Budget") annexed to the form of order attached to this Motion. Included in this request is the right to draw down the final $550,000 of the facility, if necessary.

12. Debtors do not believe that it will be necessary to draw down the final $550,000 of the facility during the period of the Budget; however, they seek authorization to do so in an abundance of caution.

13. In addition, Debtors have included in the Budget certain cash proceeds from certain settlements. These funds are not part of the DIP facility, nor are they cash collateral; however, they have been included in the Budget simply to illustrate overall costs of operation and sources of funds.

14. Lender II has consented to the relief requested herein.

WHEREFORE, Debtors request that the Court enter an order substantially in the form attached.

DATED: January 3, 2011

/s/ _____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Counsel for Debtors*