## EXHIBIT A-1

## Ballot For Holder of Omtammot Secured Claim

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

## BALLOT FOR HOLDER OF OMTAMMOT SECURED CLAIM

Norman L. Pernick (the "Trustee" or "Proponent"), as Chapter 11 Trustee for Industrial Enterprises of America, Inc. (the "Debtor"), is soliciting votes with respect to the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc., (the "Plan") pursuant to and as described in the Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (the "Disclosure Statement"). Unless otherwise defined, capitalized terms used herein without definition have the meanings ascribed to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by visiting the Debtors' case-specific website at www.upshotservices.com/pittpenn or contacting UpShot Services LLC ("UpShot") at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (855) 812-6112; pittpenninfo@upshotservices.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed as an Omtammot Secured Claim under the Plan. If you hold claims or equity interests in other classes, you will receive a ballot for each other class in which you are entitled to vote.**

**If your ballot is not received by UpShot in original hard-copy at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231 *or* via online, electronic transmission at www.upshotservices.com/pittpennvoting by April 23, 2014 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

| |
|---|
| **VOTING DEADLINE:    APRIL 23, 2014 AT 5:00 P.M. (MOUNTAIN TIME)** |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

Item 1.    ***Amount of Claim.***  For purposes of voting to accept or reject the Plan, the undersigned holds the Omtammot Secured Claim, consisting of the principal amount set forth below (*insert amount in blank line below*):

$_____

Item 2.    ***Vote on the Plan.***  The undersigned hereby votes its Claim as set forth below:

☐ ACCEPT (vote FOR) the Plan

☐ REJECT (vote AGAINST) the Plan

Item 3.    ***Acknowledgments and Certification.***  By signing and returning this Ballot, the undersigned hereby acknowledges that he/she/it has been provided with a copy of the Disclosure Statement and that the Proponent's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement.  The undersigned certifies that (a) he/she/it is the holder of the Omtammot Secured Claim or the authorized agent of such a holder and (b) he/she/it has full power and authority to vote to accept or reject the Plan.

Signature:_____
Name of claimant (print/type):_____
Name and title of signatory:_____
If signed by authorized agent, name and title of agent:_____
Federal tax ID or social security number of claimant:_____
Telephone number:_____
Dated:_____

**PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS BALLOT CAREFULLY.  PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS RECEIVED BY UPSHOT SERVICES, LLC, AT THE ADDRESS SET FORTH ABOVE BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.**

**IF YOU CHOOSE TO SUBMIT YOUR BALLOT VIA ONLINE, ELECTRONIC TRANSMISSION (www.upshotservices.com/pittpennvoting), YOU DO NOT ALSO NEED TO SUBMIT A HARD-COPY ORIGINAL.**

2

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Liquidation Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or an assertion of any claim or (b) an admission by the Debtors of the nature, validity, or amount of any Claim. This Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan.**

1. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "x" in the appropriate box in **Item 2** on the face of this Ballot.

2. Your vote will be counted in the amount of your Claim that is fixed and not currently subject to dispute. Based upon the Debtor's records, that amount is set forth at the bottom of the front side of this Ballot. If any portion of your Claim is unliquidated, contingent, or disputed, that portion is not included in the amount of your Claim to be counted for voting purposes. If you desire to have your vote counted in a higher amount, you must move pursuant to Fed. R. Bankr. P. 3018(a) to obtain an order from the Bankruptcy Court temporarily allowing the unliquidated, contingent, or disputed portion of your Claim for voting purposes. Please note that the amount of your Claim as set forth at the bottom of the front side of this Ballot does not necessarily constitute an Allowed Claim under the Plan. That amount may be subject to further reconciliation and an objection may be interposed at a later date. Distributions under the Plan will be based upon Allowed Claims only.

3. There are <u>two</u> ways to submit your ballot: (a) in original, hard-copy; or (b) via electronic, online transmission. You may choose either option. You need not do both.

    (a)    **ORIGINAL, HARD-COPY:**
After providing all remaining information requested on the face of this Ballot, please sign, date, and return this Ballot by mail, overnight courier, or hand delivery to the balloting agent, UpShot Services LLC (the "Balloting Agent"), at the following address:

> Pitt Penn Ballot Processing
> c/o UpShot Services LLC
> 7808 Cherry Creek South Drive, Suite 112
> Denver, CO 80231

    (b)    **ELECTRONIC, ONLINE TRANSMISSION:**
Please visit www.upshotservices.com/pittpennvoting.

4. BALLOTS MUST BE RECEIVED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014 (THE "VOTING DEADLINE"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED. AN ENVELOPE ADDRESSED TO THE BALLOTING AGENT IS ENCLOSED FOR YOUR CONVENIENCE. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION.

5.      The Plan will be accepted by the Class if it is accepted by the holders of two-thirds in amount and more than one-half in number of the Claims in the Class that vote on the Plan. In the event that the Class rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you and all holders of Claims in the Class if the Bankruptcy Court finds that the Plan has been accepted by at least one Class of Impaired Claims and that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain or reject the Plan and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

6.      You must vote all of your Claim within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that is properly executed but that fails to indicate acceptance or rejection of the Plan will not be counted.

7.      Your signature is required in order for your vote and your election to be counted. You are also required to provide your social security number or federal tax I.D. number prior to receiving any distribution under the Plan. If the Claim(s) voted with this Ballot are held by a partnership, this Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, this Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

***VOTING DEADLINE:  BALLOTS MUST BE RETURNED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.***

**BALLOTS CAST BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION WILL NOT BE COUNTED**

4

## EXHIBIT A-2

### Ballot For Class C General Unsecured Claims

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |

### <u>BALLOT FOR HOLDER OF A GENERAL UNSECURED CLAIM</u>

Norman L. Pernick (the "Trustee" or "Proponent"), as Chapter 11 Trustee for Industrial Enterprises of America, Inc. (the "Debtor"), is soliciting votes with respect to the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc., (the "Plan") pursuant to and as described in the Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (the "Disclosure Statement"). Unless otherwise defined, capitalized terms used herein without definition have the meanings ascribed to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by visiting the Debtors' case-specific website at www.upshotservices.com/pittpenn or contacting UpShot Services LLC ("UpShot") at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (855) 812-6112; pittpenninfo@upshotservices.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed as a General Unsecured Claim under the Plan. If you hold claims or equity interests in other classes, you will receive a ballot for each other class in which you are entitled to vote.**

**If your ballot is not received by UpShot in original hard-copy at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231 *or* via online, electronic transmission at www.upshotservices.com/pittpennvoting by April 23, 2014 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

| |
|---|
| **VOTING DEADLINE:    APRIL 23, 2014 AT 5:00 P.M. (MOUNTAIN TIME)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

Item 1.     **Amount of Claim.**  For purposes of voting to accept or reject the Plan, the undersigned holds a General Unsecured Claim, consisting of the principal amount set forth below (*insert amount in blank line below*):

$_____

Item 2.     **Vote on the Plan.**  The undersigned hereby votes its Claim as set forth below:

☐  ACCEPT (vote FOR) the Plan

☐  REJECT (vote AGAINST) the Plan

Item 3.     **Acknowledgments and Certification.**  By signing and returning this Ballot, the undersigned hereby acknowledges that he/she/it has been provided with a copy of the Disclosure Statement and that the Proponent's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement.  The undersigned certifies that (a) he/she/it is the holder of a General Unsecured Claim or the authorized agent of such a holder and (b) he/she/it has full power and authority to vote to accept or reject the Plan.

Signature:_____
Name of claimant (print/type):_____
Name and title of signatory:_____
If signed by authorized agent, name and title of agent:_____
Federal tax ID or social security number of claimant:_____
Telephone number:_____
Dated:_____

**PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS BALLOT CAREFULLY.  PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS RECEIVED BY UPSHOT SERVICES, LLC, AT THE ADDRESS SET FORTH ABOVE BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.**

**IF YOU CHOOSE TO SUBMIT YOUR BALLOT VIA ONLINE, ELECTRONIC TRANSMISSION (www.upshotservices.com/pittpennvoting), YOU DO NOT ALSO NEED TO SUBMIT A HARD-COPY ORIGINAL.**

51933/0002-10258399v9

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or an assertion of any claim or (b) an admission by the Debtors of the nature, validity, or amount of any Claim. This Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan.

1.     This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "**x**" in the appropriate box in Item 2 on the face of this Ballot.

2.     Your vote will be counted in the amount of your Claim that is fixed and not currently subject to dispute. Based upon the Debtor's records, that amount is set forth at the bottom of the front side of this Ballot. If any portion of your Claim is unliquidated, contingent, or disputed, that portion is not included in the amount of your Claim to be counted for voting purposes. If you desire to have your vote counted in a higher amount, you must move pursuant to Fed. R. Bankr. P. 3018(a) to obtain an order from the Bankruptcy Court temporarily allowing the unliquidated, contingent, or disputed portion of your Claim for voting purposes. Please note that the amount of your Claim as set forth at the bottom of the front side of this Ballot does not necessarily constitute an Allowed Claim under the Plan. That amount may be subject to further reconciliation and an objection may be interposed at a later date. Distributions under the Plan will be based upon Allowed Claims only.

3.     There are two ways to submit your ballot: (a) in original, hard-copy; or (b) via electronic, online transmission. You may choose either option. You need not do both.

     (a)     **ORIGINAL, HARD-COPY:**
             After providing all remaining information requested on the face of this Ballot, please sign, date, and return this Ballot by mail, overnight courier, or hand delivery to the balloting agent, UpShot Services LLC (the "Balloting Agent"), at the following address:

             Pitt Penn Ballot Processing
             c/o UpShot Services LLC
             7808 Cherry Creek South Drive, Suite 112
             Denver, CO 80231

     (b)     **ELECTRONIC, ONLINE TRANSMISSION:**
             Please visit www.upshotservices.com/pittpennvoting.

4.     BALLOTS MUST BE RECEIVED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014 (THE "VOTING DEADLINE"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED. AN ENVELOPE ADDRESSED TO THE BALLOTING AGENT IS ENCLOSED FOR YOUR CONVENIENCE. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION.

5.      The Plan will be accepted by the Class if it is accepted by the holders of two-thirds in amount and more than one-half in number of the Claims in the Class that vote on the Plan. In the event that the Class rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you and all holders of Claims in the Class if the Bankruptcy Court finds that the Plan has been accepted by at least one Class of Impaired Claims and that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain or reject the Plan and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

6.      You must vote all of your Claim within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that is properly executed but that fails to indicate acceptance or rejection of the Plan will not be counted.

7.      Your signature is required in order for your vote and your election to be counted. You are also required to provide your social security number or federal tax I.D. number prior to receiving any distribution under the Plan. If the Claim(s) voted with this Ballot are held by a partnership, this Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, this Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

***VOTING DEADLINE:  BALLOTS MUST BE RETURNED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.***

**BALLOTS CAST BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION WILL NOT BE COUNTED**

51933/0002-10258399v9

# EXHIBIT A-3

## Ballot For Class D Subordinated Claims

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |

## <u>BALLOT FOR HOLDER OF A SUBORDINATED CLAIM</u>

    Norman L. Pernick (the "<u>Trustee</u>" or "<u>Proponent</u>"), as Chapter 11 Trustee for Industrial Enterprises of America, Inc. (the "<u>Debtor</u>"), is soliciting votes with respect to the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc., (the "<u>Plan</u>") pursuant to and as described in the Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (the "<u>Disclosure Statement</u>"). Unless otherwise defined, capitalized terms used herein without definition have the meanings ascribed to them in the Plan.

    The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by visiting the Debtors' case-specific website at www.upshotservices.com/pittpenn or contacting UpShot Services LLC ("UpShot") at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (855) 812-6112; pittpenninfo@upshotservices.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed as a Subordinated Claim under the Plan. If you hold claims or equity interests in other classes, you will receive a ballot for each other class in which you are entitled to vote.**

    **If your ballot is not received by UpShot in original hard-copy at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231 *or* via online, electronic transmission at www.upshotservices.com/pittpennvoting by April 23, 2014 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

    **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

| |
|---|
| **VOTING DEADLINE:    APRIL 23, 2014, 2014 AT 5:00 P.M. (MOUNTAIN TIME)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

Item 1.    *Amount of Claim.*  For purposes of voting to accept or reject the Plan, the undersigned holds a Subordinated Claim, consisting of the principal amount set forth below (*insert amount in blank line below*):

$_____

Item 2.    *Vote on the Plan.*  The undersigned hereby votes its Claim as set forth below:

☐  ACCEPT (vote FOR) the Plan

☐  REJECT (vote AGAINST) the Plan

Item 3.    *Acknowledgments and Certification.*  By signing and returning this Ballot, the undersigned hereby acknowledges that he/she/it has been provided with a copy of the Disclosure Statement and that the Proponent's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement.  The undersigned certifies that (a) he/she/it is the holder of a Subordinated Claim or the authorized agent of such a holder and (b) he/she/it has full power and authority to vote to accept or reject the Plan.

Signature:_____
Name of claimant (print/type):_____
Name and title of signatory:_____
If signed by authorized agent, name and title of agent:_____
Federal tax ID or social security number of claimant:_____
Telephone number:_____
Dated:_____

**PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS BALLOT CAREFULLY.  PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS RECEIVED BY UPSHOT SERVICES, LLC, AT THE ADDRESS SET FORTH ABOVE BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.**

**IF YOU CHOOSE TO SUBMIT YOUR BALLOT VIA ONLINE, ELECTRONIC TRANSMISSION (www.upshotservices.com/pittpennvoting), YOU DO NOT ALSO NEED TO SUBMIT A HARD-COPY ORIGINAL.**

51933/0002-10258399v9

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor" in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or an assertion of any claim or (b) an admission by the Debtors of the nature, validity, or amount of any Claim. This Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan.

8.      This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "x" in the appropriate box in Item 2 on the face of this Ballot.

9.      Your vote will be counted in the amount of your Claim that is fixed and not currently subject to dispute. Based upon the Debtor's records, that amount is set forth at the bottom of the front side of this Ballot. If any portion of your Claim is unliquidated, contingent, or disputed, that portion is not included in the amount of your Claim to be counted for voting purposes. If you desire to have your vote counted in a higher amount, you must move pursuant to Fed. R. Bankr. P. 3018(a) to obtain an order from the Bankruptcy Court temporarily allowing the unliquidated, contingent, or disputed portion of your Claim for voting purposes. Please note that the amount of your Claim as set forth at the bottom of the front side of this Ballot does not necessarily constitute an Allowed Claim under the Plan. That amount may be subject to further reconciliation and an objection may be interposed at a later date. Distributions under the Plan will be based upon Allowed Claims only.

10.      There are two ways to submit your ballot: (a) in original, hard-copy; or (b) via electronic, online transmission. You may choose either option. You need not do both.

      (a)      **ORIGINAL, HARD-COPY:**
            After providing all remaining information requested on the face of this Ballot, please sign, date, and return this Ballot by mail, overnight courier, or hand delivery to the balloting agent, UpShot Services LLC (the "Balloting Agent"), at the following address:

            Pitt Penn Ballot Processing
            c/o UpShot Services LLC
            7808 Cherry Creek South Drive, Suite 112
            Denver, CO 80231

      (b)      **ELECTRONIC, ONLINE TRANSMISSION:**
            Please visit www.upshotservices.com/pittpennvoting.

11.      BALLOTS MUST BE RECEIVED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014 (THE "VOTING DEADLINE"). IF A BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED. AN ENVELOPE ADDRESSED TO THE BALLOTING AGENT IS ENCLOSED FOR YOUR CONVENIENCE. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION.

51933/0002-10258399v9

12.    The Plan will be accepted by the Class if it is accepted by the holders of two-thirds in amount and more than one-half in number of the Claims in the Class that vote on the Plan. In the event that the Class rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you and all holders of Claims in the Class if the Bankruptcy Court finds that the Plan has been accepted by at least one Class of Impaired Claims and that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain or reject the Plan and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

13.    You must vote all of your Claim within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that is properly executed but that fails to indicate acceptance or rejection of the Plan will not be counted.

14.    Your signature is required in order for your vote and your election to be counted. You are also required to provide your social security number or federal tax I.D. number prior to receiving any distribution under the Plan. If the Claim(s) voted with this Ballot are held by a partnership, this Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, this Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

*VOTING DEADLINE:  BALLOTS MUST BE RETURNED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.*

**BALLOTS CAST BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION WILL NOT BE COUNTED**

51933/0002-10258399v9

# EXHIBIT A-4

## Master Ballot for IEAM Equity Interests

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

## MASTER BALLOT FOR HOLDERS OF EQUITY INTERESTS OF IEAM
### (CUSIP 456132-20-8)

Norman L. Pernick (the "Trustee" or "Proponent"), as Chapter 11 Trustee for Industrial Enterprises of America, Inc. (the "Debtor"), is soliciting votes with respect to the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc., (the "Plan") pursuant to and as described in the Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (the "Disclosure Statement"). Unless otherwise defined, capitalized terms used herein without definition have the meanings ascribed to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by visiting the Debtors' case-specific website at www.upshotservices.com/pittpenn or contacting UpShot Services LLC (the "Balloting Agent") at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (855) 812-6112; pittpenninfo@upshotservices.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**This Master Ballot is to be used by you as a broker, bank or other nominee; or as the agent of a broker, bank, or other nominee (each of the foregoing, a "Voting Nominee"); or as the proxy holder of a Voting Nominee or beneficial owner for the Equity Interests to transmit to the Balloting Agent the votes of such beneficial holder in respect to their Equity Interests to accept or reject the Plan.**

**If your Master Ballot is not received by the Balloting Agent in original hard-copy at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231 *or* via online, electronic transmission at www.upshotservices.com/pittpennvoting by April 23, 2014 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**VOTING DEADLINE:    APRIL 23, 2014 AT 5:00 P.M. (MOUNTAIN TIME)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

PLEASE COMPLETE THE FOLLOWING:

Item 1.       ***Certification of Authority to Vote.***  The undersigned certifies as of March 19, 2014 (the "Voting Record Date"), the undersigned (please check appropriate box):

☐       Is a broker, bank, or other nominee for the beneficial owners of the Equity Interests listed in Item 2 below, and is the registered holder of such Equity Interests;

☐       Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank or other nominee that is the registered holder of the Equity Interests listed in Item 2 below; or

☐       Has been granted a proxy (an original of which is attached hereto) from a broker, bank, or other nominee, or a beneficial owner, that is the registered holder of the Equity Interests listed in Item 2 below; and

accordingly, has full power and authority to vote to accept or reject the Plan, on behalf of the beneficial owners of the Equity Interests described in Item 2

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

2

Item 2.    ***Vote.***  The undersigned transmits the following votes of beneficial owners in respect to their Equity Interests, as identified by their respective customer account numbers set forth below, are beneficial owners of such Equity Interests as of the Voting Record Date, and have delivered to the undersigned, as Voting Nominee, beneficial owner ballots (each, a "Beneficial Owner Ballot" and collectively, the "Beneficial Owner Ballots") casting such votes.  Indicate in the appropriate column the aggregate number of shares voted for each account.  Please note that each beneficial owner must vote all of his, her, or its Equity Interests to Accept or to Reject the Plan and may not split such vote.

| Name of, and Your Customer Account Number for, Each Beneficial Owner of Voting Note Claims | Aggregate number of shares Voted to ACCEPT or REJECT Plan** | |
|---|---|---|
| | ACCEPT | REJECT |
| 1. | # | # |
| 2. | # | # |
| 3. | # | # |
| 4. | # | # |
| 5. | # | # |
| 6. | # | # |
| 7. | # | # |
| 8. | # | # |
| 9. | # | # |
| 10. | # | # |
| TOTALS: | # | # |

** In order to vote on the Plan, the beneficial owner must have checked a box in Item 2 to ACCEPT or REJECT the Plan on its individual Beneficial Owner Ballot.  If the beneficial owner did not check a box in Item 2 on its individual Beneficial Owner Ballot, by order of the Bankruptcy Court, its vote will not be counted.

51933/0002-10258399v9

Item 3.  ***Certification as to Transcription of Information from Item 3 as Equity Interests Voted Through Other Beneficial Owner Ballots.***  The undersigned certifies that the undersigned has transcribed in the following table the information, if any, provided by beneficial owners in Item 3 of each beneficial owner's original Beneficial Owner Ballot.

| YOUR Customer Account Number for Each Beneficial Owner Who Completed Item 3 of the Beneficial Owner Ballots | TRANSCRIBE FROM ITEM 3 OF THE BENEFICIAL OWNER BALLOTS: | | |
|---|---|---|---|
| | Account Number | Name of Owner | Amount of Other Equity Interests Votes |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

4

Item 4. *Acknowledgments and Certification.*  By signing this Master Ballot, the undersigned certifies that each beneficial owner of the Equity Interests listed in Item 2 above has been provided with a copy of the Disclosure Statement and the Plan and other items in the Solicitation Package, and acknowledge that the solicitation of votes for the Plan is subject to all of the terms and conditions set forth in the Disclosure Statement.

Name of Voting Nominee:_____

Participant Number:_____

Name of Proxy Holder or Agent for Voting Nominee (if applicable):_____

Signature:_____

By (if appropriate):_____

Title (if appropriate):_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number (including Area Code):_____

Dated:_____

**PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS MASTER BALLOT CAREFULLY.  PLEASE COMPLETE, SIGN, AND DATE THIS MASTER BALLOT AND RETURN IT BY MAIL, HAND-DELIVERY, OR OVERNIGHT COURIER SO THAT IT IS RECEIVED BY THE BALLOTING AGENT, AT THE ADDRESS SET FORTH BELOW BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014.**

**IF YOU CHOOSE TO SUBMIT YOUR MASTER BALLOT VIA ONLINE, ELECTRONIC TRANSMISSION (www.upshotservices.com/pittpennvoting), YOU DO NOT ALSO NEED TO SUBMIT A HARD-COPY ORIGINAL.**

51933/0002-10258399v9

## INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT

On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THE MASTER BALLOT.**

The Master Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or an assertion of any claim or (b) an admission by the Debtors of the nature, validity, or amount of any Claim. This Master Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan.

15.    There are two ways to submit the Master Ballot: (a) in original, hard-copy; or (b) via electronic, online transmission. You may choose either option. You need not do both.

(a)    **ORIGINAL, HARD-COPY:**
After providing all remaining information requested on the face of this Ballot, please sign, date, and return this Ballot by mail, overnight courier, or hand delivery to the balloting agent, UpShot Services LLC (the "Balloting Agent"), at the following address:

Pitt Penn Ballot Processing
c/o UpShot Services LLC
7808 Cherry Creek South Drive, Suite 112
Denver, CO 80231

(b)    **ELECTRONIC, ONLINE TRANSMISSION:**
Please visit www.upshotservices.com/pittpennvoting.

16.    MASTER BALLOTS MUST BE RECEIVED BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014 (THE "VOTING DEADLINE"). IF A MASTER BALLOT IS RECEIVED AFTER THE VOTING DEADLINE, IT WILL NOT BE COUNTED. AN ENVELOPE ADDRESSED TO THE BALLOTING AGENT IS ENCLOSED FOR YOUR CONVENIENCE. THE BALLOTING AGENT WILL NOT ACCEPT MASTER BALLOTS BY FACSIMILE AND/OR ELECTRONIC MAIL TRANSMISSION.

17.    The Plan will be accepted by the Class if it is accepted by the holders of two-thirds in amount and more than one-half in number of the Equity Interests in the Class that vote on the Plan. In the event that the Class rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you and all holders of Equity Interests in the Class if the Bankruptcy Court finds that the Plan has been accepted by at least one Class of Impaired Claims and that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain or reject the Plan and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

*VOTING DEADLINE:  MASTER BALLOTS MUST BE RETURNED TO THE BALLOTING AGENT*
*BY 5:00 P.M. (MOUNTAIN TIME) ON APRIL 23, 2014.*

**MASTER BALLOTS CAST BY FACSIMILE AND/OR**
**ELECTRONIC MAIL TRANSMISSION WILL NOT BE COUNTED**

51933/0002-10258399v9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |

## BALLOT FOR BENEFICIAL HOLDER OF EQUITY INTERESTS OF IEAM
### (CUSIP 456132-20-8)

Norman L. Pernick (the "Trustee" or "Proponent"), as Chapter 11 Trustee for Industrial Enterprises of America, Inc. (the "Debtor"), is soliciting votes with respect to the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc., (the "Plan") pursuant to and as described in the Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (the "Disclosure Statement"). Unless otherwise defined, capitalized terms used herein without definition have the meanings ascribed to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by visiting the Debtors' case-specific website at www.upshotservices.com/pittpenn or contacting UpShot Services LLC (the "Balloting Agent") at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (855) 812-6112; pittpenninfo@upshotservices.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed as an Equity Claim under the Plan. If you hold claims or equity interests in other classes, you will receive a ballot for each other class in which you are entitled to vote.**

**In order for your vote to be counted, your ballot must be properly completed and returned to your bank, broker, or other voting nominee (each of the foregoing, a "Voting Nominee"). Please see the instructions provided by your Voting Nominee for more information on submitting your ballot.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**VOTING DEADLINE:    APRIL 23, 2014 AT 5:00 P.M. (MOUNTAIN TIME)**

***IF YOU RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR VOTING NOMINEE, DO NOT RETURN YOUR BALLOT DIRECTLY TO THE BALLOTING AGENT. RETURN YOUR BALLOT TO YOUR VOTING NOMINEE IN THE ENVELOPE PROVIDED. PLEASE ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR VOTE AND RETURN A MASTER BALLOT TO**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

**THE BALLOTING AGENT BEFORE THE VOTING DEADLINE.  FOR MORE INFORMATION, PLEASE CONTACT YOUR VOTING NOMINEE.\*\*\***

2

Item 1.    ***Amount of Claim.***  For purposes of voting to accept or reject the Plan, the undersigned holds an Equity Claim, consisting of the number of shares set forth below (*insert amount in blank line below*):

# of Shares:_____

Item 2.    ***Vote on the Plan.***  The undersigned hereby votes its Claim as set forth below:

☐  ACCEPT (vote FOR) the Plan

☐  REJECT (vote AGAINST) the Plan

Item 3.    ***Acknowledgments and Certification.***  By signing and returning this Ballot, the undersigned hereby acknowledges that he/she/it has been provided with a copy of the Disclosure Statement and that the Proponent's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement.  The undersigned certifies that (a) he/she/it is the holder of a General Unsecured Claim or the authorized agent of such a holder and (b) he/she/it has full power and authority to vote to accept or reject the Plan.

Signature:_____
Name of claimant (print/type):_____
Name and title of signatory:_____
If signed by authorized agent, name and title of agent:_____
Federal tax ID or social security number of claimant:_____
Telephone number:_____
Dated:_____

PLEASE READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS BALLOT CAREFULLY.

**\*\*\*IF YOU RECEIVED A RETURN ENVELOPE ADDRESSED TO YOUR VOTING NOMINEE, DO <u>NOT</u> RETURN YOUR BALLOT DIRECTLY TO THE BALLOTING AGENT. RETURN YOUR BALLOT TO YOUR VOTING NOMINEE IN THE ENVELOPE PROVIDED.**

**<u>PLEASE ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE</u>**
**<u>TO PROCESS YOUR VOTE AND RETURN A MASTER BALLOT</u>**
**<u>TO THE BALLOTING AGENT BEFORE THE VOTING DEADLINE.</u>**
**<u>FOR MORE INFORMATION, PLEASE CONTACT YOUR VOTING NOMINEE.\*\*\*</u>**

51933/0002-10258399v9

## INSTRUCTIONS FOR COMPLETING THIS BALLOT

On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

**PLEASE READ THE DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

**This Ballot does *not* constitute and shall *not* be deemed to constitute (a) a proof of claim or an assertion of any claim or (b) an admission by the Debtors of the nature, validity, or amount of any Claim. This Ballot is *not* a letter of transmittal and may *not* be used for any other purpose than to cast votes to accept or reject the Plan.**

18. This Ballot is submitted to you to solicit your vote to accept or reject the Plan. Please indicate your vote by marking an "x" in the appropriate box in Item **2 on** the face of this Ballot.

19. Your vote will be counted in the amount of your Claim that is fixed and not currently subject to dispute. Based upon the Debtor's records, that amount is set forth at the bottom of the front side of this Ballot. If any portion of your Claim is unliquidated, contingent, or disputed, that portion is not included in the amount of your Claim to be counted for voting purposes. If you desire to have your vote counted in a higher amount, you must move pursuant to Fed. R. Bankr. P. 3018(a) to obtain an order from the Bankruptcy Court temporarily allowing the unliquidated, contingent, or disputed portion of your Claim for voting purposes. Please note that the amount of your Claim as set forth at the bottom of the front side of this Ballot does not necessarily constitute an Allowed Claim under the Plan. That amount may be subject to further reconciliation and an objection may be interposed at a later date. Distributions under the Plan will be based upon Allowed Claims only.

20. Return this Ballot to your Voting Nominee in the pre-addressed envelope, or via the means described in the instructions provided by your Voting Nominee. If you received a return envelope addressed to your Voting Nominee, please allow sufficient time for your Voting Nominee to process your vote on a Master Ballot and return the Master Ballot to the Balloting Agent before the Voting Deadline.

21. BALLOTS MUST BE PROCESSED BY YOUR VOTING NOMINEE AND RECEIVED BY THE BALLOTING AGENT BY 5:00 P.M. (MOUNTAIN TIME), ON APRIL 23, 2014 (THE "VOTING DEADLINE").

22. The Plan will be accepted by the Class if it is accepted by the holders of two-thirds in amount and more than one-half in number of the General Unsecured Claims in the Class that vote on the Plan. In the event that the Class rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you and all holders of General Unsecured Claims in the Class if the Bankruptcy Court finds that the Plan has been accepted by at least one Class of Impaired Claims and that the Plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against and Interests in the Debtors (including those who abstain or reject the Plan and those who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

23.    You must vote all of your Claim within a single Class to either accept or reject the Plan. A Ballot that partially rejects and partially accepts the Plan will not be counted. A Ballot that is properly executed but that fails to indicate acceptance or rejection of the Plan will not be counted.

24.    Your signature is required in order for your vote and your election to be counted. You are also required to provide your social security number or federal tax I.D. number prior to receiving any distribution under the Plan. If the Claim(s) voted with this Ballot are held by a partnership, this Ballot should be executed in the name of the partnership by a general partner. If the Claim is held by a corporation, this Ballot must be executed by an officer. If you are signing in a representative capacity, also indicate your title after your signature.

This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan.

51933/0002-10258399v9

## EXHIBIT B

## Notice of Disputed Claim Status

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

### NOTICE OF DISPUTED CLAIM STATUS

| Debtor | Last Four Digits of Tax I.D./Company Number |
|---|---|
| Industrial Enterprises of America, Inc. (Case No. 09-11508) | 3499 |

**TO:    HOLDERS OF DISPUTED CLAIMS**

**PLEASE TAKE NOTICE THAT:**

1.     On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement; (ii) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan; (iii) approving certain vote tabulation procedure; and (iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

2.      Under the Bankruptcy Code, only holders of Allowed Claims may vote to accept or reject the Plan.  **YOUR CLAIM, IF ANY, HAS BEEN DESIGNATED DISPUTED.** Accordingly, you are not entitled to vote and the enclosed documents are provided for informational purposes only.

3.      In order to become eligible to vote on the Plan, one or more of the following must occur prior to the Voting Deadline:  (a) an order by the Bankruptcy Court is entered allowing such Disputed Claim pursuant to section 502(b) of the Bankruptcy Code, after notice and a hearing; (b) an order by the Bankruptcy Court temporarily allowing such Disputed Claim for voting purposes only pursuant to Bankruptcy Rule 3018(a), after notice and a hearing; (c) a stipulation or other agreement is executed between the Disputed Claimant and the Trustee resolving the objection and allowing the Disputed Claim in an agreed upon amount; or (d) the pending objection to the Disputed Claim is voluntarily withdrawn by the Debtor (each, a "Resolution Event").

4.      If one or more Resolution Events occur, the Proponent's Counsel shall distribute a Ballot and a pre-addressed, postage pre-paid envelope, no later than two Business Days after the Resolution Event, to the relevant Disputed Claimant, which must be returned to the Proponent's Counsel by no later than the Voting Deadline.

5.      If you wish to dispute the disputed designation and to seek the right to vote on the Plan you must: request temporary allowance of your claim for voting purposes on or before April 10, 2014, at 4:00 p.m. (Eastern Time), by filing an appropriate motion (a "Rule 3018 Motion") with the Bankruptcy Court and serving the Rule 3018 Motion on the parties listed in paragraph eight below.  The procedures for filing a Rule 3018 Motion, including the deadline of April 10, 2014, established by the Bankruptcy Court for filing such motions, are set forth in the Solicitation Procedures Order.

6.      A hearing to consider confirmation of the Plan will be held on April 30, 2014, at 11:30 a.m. (Eastern Time), before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, DE 19801.  The hearing may be adjourned from time to time by announcement in open court.

7.      Objections (including any accompanying briefs), if any, to confirmation of the Plan or proposed modifications to the Plan must (i) be in writing, (ii) state the name and address of the objecting party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection to confirmation of the Plan or proposed modification to the Plan; and (iv) be filed, together with proof of service, so as to be **received no later than 4:00 p.m. (Eastern Time) on April 23, 2014,** by the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and each of the following parties:

2

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Patrick J. Reilley, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Tel:  (302) 652-3131
Fax: (302) 652-3117

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Warren A. Usatine, Esquire
25 Main Street
Hackensack, NJ  07601
Tel: (201) 525-6233
Fax: (201) 489-1536

Office of the United States Trustee
Attn: Tiiara N. A. Patton, Esquire
844 King Street, Suite 2207
Wilmington, DE 19801
Tel: (302) 573-6491
Fax (302) 573-6497

Objections not timely filed and served in the manner set forth above may not be considered and
may be deemed overruled.

       8.     The Plan may be further modified, if necessary, pursuant to Section 1127 of the
Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further
notice to parties in interest.

       9.     A Plan Supplement will be filed within 10 days of the Voting Deadline.  The Plan
Supplement will include a proposed Liquidating Trust Agreement.  Copies of the Solicitation
Procedures Order, the Disclosure Statement, and the Plan are currently available on the
Bankruptcy Court's website at http://www.deb.uscourts.gov.  Copies of the Solicitation
Procedures Order, the Disclosure Statement, the Plan and the Plan Supplement may be obtained
free of charge by request to UpShot Services LLC (the "Balloting Agent") (a) via e-mail at
pittpenninfo@upshotservices.com; (b) via mail at 7808 Cherry Creek South Drive, Suite 112,
Denver, CO 80231; (c) via telephone at (855) 812-6112; and (d) via facsimile at (720) 249-0882.

Dated: _____, 2014
       Wilmington, Delaware

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.

By: _____
       Patrick J. Reilley (No. 4451)
       500 Delaware Avenue, Suite 1410
       Wilmington, DE  19801
       Tel: (302) 652-3131
       Fax: (302) 652-3117

       and

       Warren A. Usatine
       25 Main Street
       Hackensack, NJ  07601
       Tel: (201) 525-6233
       Fax: (201) 678-6233

       *Counsel for the Chapter 11 Trustee*

51933/0002-10258399v9

# EXHIBIT C

## Notice Of Non-Voting Status

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PITT PENN HOLDING CO., *et al.*,[1] | : | Case No. 09-11475 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

**<u>NOTICE OF NON-VOTING STATUS</u>**

| Debtor | Last Four Digits of Tax I.D./Company Number |
|---|---|
| Industrial Enterprises of America, Inc. (Case No. 09-11508) | 3499 |

**TO:    HOLDERS OF (I) ADMINISTRATIVE EXPENSE CLAIMS, (II)
PRIORITY TAX CLAIMS, AND (III) NON-TAX PRIORITY CLAIMS**

**PLEASE TAKE NOTICE THAT:**

1.        On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "<u>Disclosure Statement</u>") for use by Norman L. Pernick (the "<u>Proponent</u>" or the "<u>Trustee</u>"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "<u>Debtor</u>") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "<u>Plan</u>") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

2.        In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement; (ii) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan; (iii) approving certain vote tabulation procedures; and (iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "<u>Solicitation Procedures Order</u>").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

3.      You are receiving this Notice because you are, or based on your proof of claim may be, the holder of an Administrative Expense Claim, a Priority Tax Claim, or Priority Non-Tax Claim.

4.      **Because of the nature of your claim (as an Administrative Expense Claim, a Priority Tax Claim or, Priority Non-Tax Claim), and the treatment provided in the Plan for claims of such nature, you are not entitled to vote on the Plan.**  Nevertheless, you are a party in interest in the Debtor's chapter 11 case.  You are entitled to participate in the Debtor's chapter 11 case, including filing objections to confirmation of the Plan.

5.      **PLEASE NOTE THAT YOUR RECEIPT OF THIS NOTICE DOES NOT CONSTITUTE AND SHALL NOT BE DEEMED TO CONSTITUTE AN ADMISSION BY THE DEBTOR OF THE NATURE, VALIDITY OR AMOUNT OF YOUR CLAIM. IF YOUR CLAIM HAS NOT BEEN ALLOWED, THE DEBTORS RESERVE THE RIGHT TO FILE AN OBJECTION TO THE NATURE, VALIDITY OR AMOUNT OF YOUR CLAIM.**

6.      A hearing to consider confirmation of the Plan will be held on **April 30, 2014, at 11:30 a.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, DE 19801.  The hearing may be adjourned from time to time by announcement in open court.

7.      Objections (including any accompanying briefs), if any, to confirmation of the Plan or proposed modifications to the Plan must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection to confirmation of the Plan or proposed modification to the Plan; and (iv) be filed, together with proof of service, so as to be **received no later than 4:00 p.m. (Eastern Time) on April 23, 2014,** by the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and each of the following parties:

| | | |
|---|---|---|
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Office of the United States Trustee |
| Patrick J. Reilley, Esquire | Warren A. Usatine, Esquire | Attn: Tiiara N. A. Patton, Esquire |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street | 844 King Street, Suite 2207 |
| Wilmington, DE  19801 | Hackensack, NJ  07601 | Wilmington, DE 19801 |
| Tel:  (302) 652-3131 | Tel: (201) 525-6233 | Tel: (302) 573-6491 |
| Fax: (302) 652-3117 | Fax: (201) 489-1536 | Fax (302) 573-6497 |

Objections not timely filed and served in the manner set forth above may not be considered and may be deemed overruled.

8.      The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

51933/0002-10258399v9

9.      A Plan Supplement will be filed within 10 days of the Voting Deadline.  The Plan Supplement will include a proposed Liquidating Trust Agreement.  Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are currently available on the Bankruptcy Court's website at http://www.deb.uscourts.gov.  Copies of the Solicitation Procedures Order, the Disclosure Statement, the Plan and the Plan Supplement may be obtained free of charge by request to UpShot Services LLC (the "Balloting Agent") (a) via e-mail at pittpenninfo@upshotservices.com; (b) via mail at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (c) via telephone at (855) 812-6112; and (d) via facsimile at (720) 249-0882.


Dated: _____, 2014
        Wilmington, Delaware

                                        COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.


                            By:     _____
                                        Patrick J. Reilley (No. 4451)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE  19801
                                        Tel: (302) 652-3131
                                        Fax: (302) 652-3117

                                        and

                                        Warren A. Usatine
                                        25 Main Street
                                        Hackensack, NJ  07601
                                        Tel: (201) 525-6233
                                        Fax: (201) 678-6233

                                        *Counsel for the Chapter 11 Trustee*

## EXHIBIT D

## Confirmation Hearing Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PITT PENN HOLDING CO., *et al.*,[1] | : Case No. 09-11475 (BLS) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, CHAPTER 11 TRUSTEE'S PLAN OF LIQUIDATION FOR INDUSTRIAL ENTERPRISES OF AMERICA, INC.

**TO:    ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN THE DEBTOR:**

**PLEASE TAKE NOTICE THAT:**

1.      On _____, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the *Chapter 11 Trustee's Second Amended Disclosure Statement for the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Disclosure Statement") for use by Norman L. Pernick (the "Proponent" or the "Trustee"), as Chapter 11 Trustee of Industrial Enterprises of America, Inc. (the "Debtor") in soliciting acceptances or rejections of the *Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc.* (the "Plan") from those holders of impaired claims who are (or may be) entitled to receive distributions under the Plan. Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

2.      In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement, (ii) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (iii) approving certain vote tabulation procedures, and (iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3.      A hearing to consider confirmation of the Plan will be held on **April 30, 2014, at 11:30 a.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street,

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

Wilmington, DE 19801. The hearing may be adjourned from time to time by announcement in open court.

4.      Objections (including any accompanying briefs), if any, to confirmation of the Plan or proposed modifications to the Plan must (i) be in writing, (ii) state the name and address of the objecting party and the nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection to confirmation of the Plan or proposed modification to the Plan; and (iv) be filed, together with proof of service, so as to be **received no later than 4:00 p.m. (Eastern Time) on April 23, 2014,** by the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and each of the following parties:

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Office of the United States Trustee |
|---|---|---|
| Patrick J. Reilley, Esquire | Warren A. Usatine, Esquire | Attn: Tiiara N. A. Patton, Esquire |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street | 844 King Street, Suite 2207 |
| Wilmington, DE 19801 | Hackensack, NJ 07601 | Wilmington, DE 19801 |
| Tel: (302) 652-3131 | Tel: (201) 525-6233 | Tel: (302) 573-6491 |
| Fax: (302) 652-3117 | Fax: (201) 489-1536 | Fax (302) 573-6497 |

Objections not timely filed and served in the manner set forth above may not be considered and may be deemed overruled.

5.      The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6.      A Plan Supplement will be filed within 10 days of the Voting Deadline. The Plan Supplement will include a proposed Liquidating Trust Agreement. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are currently available on the Bankruptcy Court's website at http://www.deb.uscourts.gov. Copies of the Solicitation Procedures Order, the Disclosure Statement, the Plan and the Plan Supplement may be obtained free of charge by request to UpShot Services LLC (the "Balloting Agent") (a) via e-mail at pittpenninfo@upshotservices.com; (b) via mail at 7808 Cherry Creek South Drive, Suite 112, Denver, CO 80231; (c) via telephone at (855) 812-6112; and (d) via facsimile at (720) 249-0882.

2

Dated: _____, 2014
      Wilmington, Delaware

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    _____

Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Tel: (302) 652-3131
Fax: (302) 652-3117

and

Warren A. Usatine
25 Main Street
Hackensack, NJ  07601
Tel: (201) 525-6233
Fax: (201) 678-6233

*Counsel for the Chapter 11 Trustee*

3