IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| PITT PENN HOLDING CO., INC., *et al.*[1], | ) | Case No. 09-11475 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF UPSHOT SERVICES LLC REGARDING TABULATION
OF VOTES IN CONNECTION WITH (I) CHAPTER 11 TRUSTEE'S SECOND AMENDED
DISCLOSURE STATEMENT FOR CHAPTER 11 TRUSTEE'S SECOND AMENDED
PLAN OF LIQUIDATION FOR INDUSTRIAL ENTERPRISES OF AMERICA, INC.**

I, Robert Q. Klamser, depose and say under the penalty of perjury:

1.  I am the President of UpShot Services LLC ("UpShot"), which has offices are located at 7808 Cherry Creek South Drive, Suite 112, Denver, Colorado 80231. I am over the age of eighteen years and neither I nor UpShot are parties to these proceedings. I am duly authorized to make submit this certification on behalf of UpShot (the "Certification"). Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.  I submit this Certification in connection with the tabulation of votes to accept or reject the Chapter 11 Trustee's Second Amended Plan of Liquidation for Industrial Enterprises of America, Inc. (D.I. 2169) filed in the above-captioned case (the "Plan").

3.  On March 14, 2013, the Court entered the Order Authorizing Debtors to Employ and Retain UpShot Services LLC to Provide Administrative Service to the Debtors Pursuant to Sections 327(a), 328 and 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014, *Nunc Pro Tunc*, to

---

[1] The debtors are: Pitt Penn Holding Co. (Case No. 09-11475), Pitt Penn Oil Co. LLC (Case No. 09-11476), Industrial Enterprises of America, Inc. (Case No. 09-11508), EMC Packaging, Inc. (Case No. 09-11524), Today's Way Manufacturing LLC (Case No. 09-11586), and Unifide Industries LLC (Case No. 09-11587), all of which have been jointly administered.

March 11, 2013 (D.I. 1511), designating UpShot as the official Solicitation and Balloting Agent for the Debtors.

4. On March 28, 2014, the Court entered the Order (I) Approving the Disclosure Statement for Industrial Enterprises of America, Inc., (II) Determining Dates, Procedures and Forms Applicable to the Solicitation Process (III) Establishing Voting Tabulation Procedures and (IV) Establishing an Objection Deadline and Scheduling a Hearing to Consider Confirmation of the Plan of Liquidation for Industrial Enterprises of America, Inc. (D.I. 2173) (the "Solicitation Procedures Order").

5. Pursuant to the Solicitation Procedures Order, and in accordance with the Solicitation and Voting Procedures, UpShot worked with the Chapter 11 Trustee to solicit votes for the Plan and to tabulate ballots of creditors entitled to vote on the Plan.

6. On or before April 3, 2014, pursuant to the Solicitation Procedures Order, UpShot commenced service of Solicitation Packages (as defined in the Affidavit of Service re: Solicitation Materials (D.I. 2181), and other solicitation materials. An affidavit evidencing UpShot's service of the foregoing was filed with the Court on April 3, 2014 (D.I. 2181), which more fully describes he solicitation process and is incorporated by reference as though set forth herein.

7. The Solicitation Procedures Order established March 19, 2014, as the Record Date for determining which Holders of Claims and Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. UpShot followed the tabulation procedures in the Solicitation Procedures Order to determine which Holders of Claims or Interests were entitled to vote to accept or reject the Plan and to determine voting amounts.

8. The Plan designated Class B (Omtammot Secured Claim), Class C (General Unsecured Claims), Class D (IEAM Subordinated Claims) and Class E (Equity Claims) as impaired and such classes were entitled to vote on the Plan.

9.  Using the information outlined above, and with specific guidance and approval from the Chapter 11 Trustee, UpShot created a voting database ("Database") reflecting the names of Holdings, addresses of Holders, voting amounts and classifications of Claims in the Voting Classes.

10. Using its Database, UpShot generated Ballots for Holders of Claims entitled to vote to accept or reject the Plan. The Solicitation Procedures Order established April 23, 2014 at 5:00 p.m. prevailing Mountain Time as the deadline by which all Ballots were to have been received by UpShot in order to be counted as a valid vote to accept or reject the Plan (the "Voting Deadline").

11. Pursuant to the Solicitation Procedures and in accordance with the Solicitation and Voting Procedures approved thereby, UpShot received and tabulated the Ballots as follows:

   a. Each returned Ballot was opened and/or inspected at UpShot's offices;

   b. Ballots were date-stamped upon receipt and sorted according to Plan Class; and

   c. All Ballots received were then tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures Order.

12. In order for a ballot to be counted as valid, the ballot was required to have complied with the Solicitation and Voting Procedures, including the requirement that the ballot be properly completed, executed by the holder of the Claim (or such holder's authorized representative) and received by UpShot on or before the Voting Deadline. Ballots that did not comply with the Solicitation and Voting Procedures were not counted. All ballots that complied with the Solicitation and Voting Procedures were tabulated in accordance with such procedures.

13. I hereby certify that Exhibit A to this Certification is a detailed voting report of all Voting Classes showing all Ballots submitted to and tabulated by UpShot.

14. I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in Exhibit B to this Certification, which is a true and correct copy of the final

tabulation of votes, on a Class by Class basis, cast by timely and properly completed ballots received by UpShot.

15. I hereby certify that there were no ballots considered invalid and not included in tabulation for various reasons per the Solicitation Procedures Order.

16. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

Dated: April 28, 2014

_____
Robert Q. Klamser

State of Colorado  )
                   ) SS.
Country of Denver  )

Subscribed and sworn before me (or affirmed before me) this 28th day of April, 2014 by Robert Q. Klamser.

_____
(Notary's official signature)

NANCY MAE AU-YANG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134042399
MY COMMISSION EXPIRES JULY 11, 2017

**Exhibit A**

*Detailed Voting Report by Class*

**Exhibit A**

*Detailed Voting Report by Class*

| Class B - Omtammot Secured Claim ||||
|---|---|---|---|
| Votes to Accept | Votes to Reject | Dollars to Accept | Dollars to Reject |
| 1 | 0 | $4,806,239.68 | $0.00 |
| 100% | 0% | 100% | 0% |

| Class C - General Unsecured Claims ||||
|---|---|---|---|
| Votes to Accept | Votes to Reject | Dollars to Accept | Dollars to Reject |
| 3 | 2 | $1,707,994.63 | $86,628.20 |
| 60% | 40% | 95.2% | 4.8% |

| Class D - IEAM Subordinated Claims ||||
|---|---|---|---|
| Votes to Accept | Votes to Reject | Dollars to Accept | Dollars to Reject |
| 4 | 1 | $14,629,254.95 | $7,820,122.79 |
| 80% | 20% | 65.2% | 34.8% |

| Class E - IEAM Equity Interests* ||||
|---|---|---|---|
| Votes to Accept | Votes to Reject | Shares to Accept | Shares to Reject |

* The Voting Deadline for certain registered holders of IEAM Equity Interests has been extended to May 2, 2014.  Class E voting results will be included in an Amended Voting Declaration to be filed on or after May 2, 2014.

**Exhibit B**

*Detailed Detail by Class*

**Exhibit B**

*Ballot Detail for Class B*

| Ballot Number | Name | Voting Amount | Accept or Reject |
|---|---|---|---|
| 11 | Omtammot LLC | $4,806,239.68 | Accept |

**Exhibit B**

*Ballot Detail for Class C*

| Ballot Number | Name | Voting Amount | Accept or Reject |
|---|---|---:|:---:|
| 1 | Lippert/Heilshort & Associates | $57,070.00 | Reject |
| 2 | Beryl Zyskind | $800,000.00 | Accept |
| 4 | Holland & Knight LLP | $146,576.90 | Accept |
| 5 | Ira L. Goldknopf | $761,417.73 | Accept |
| 7 | Mark E. Saltzman | $29,558.20 | Reject |

**Exhibit B**

*Ballot Detail for Class D*

| Ballot Number | Name | Voting Amount | Accept or Reject |
|---:|---|---:|:---:|
| 3 | Beryl Zyskind | $9,958,463.30 | Accept |
| 6 | Opt Out of IEAM, LLC | $7,820,122.79 | Reject |
| 8 | Ernest C. Segundo, Jr. | $1,459,122.06 | Accept |
| 9 | Segundo Irrevocable Trust | $2,016,053.69 | Accept |
| 10 | Ernest C. Segundo | $1,195,615.90 | Accept |